Form dbtrclm (07/2013)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:

    Alissa Nicole Rojas

    Debtor(s).

Case Number: 18–40293–BDL
Chapter: 13

---

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: **Allianceone Receivable**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: <u>August 16, 2018</u>

                                              Mark L. Hatcher
                                              Clerk of the Bankruptcy Court